# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR265 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICTOR BRIONES-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR267 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN CORREA-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR268 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN OROZCO-OSBLADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR269 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESUS ROMAN-SORIANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR305** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ENRIQUE HURTADO-CERVANTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR221** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GONZALO GAONA-LOZANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR266** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GABRIEL CHAPARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The government having moved to join these cases for trial (Filing No. 24 in case 8:08CR265; Filing No. 41 in case 8:08CR267; Filing No. 27 in case 8:08CR268; Filing No. 28 in case 8:08CR269; Filing No. 18 in case 8:08CR305; Filing No. 35 in case 8:08CR221; Filing No. 24 in case 8:08CR266) and having filed its brief in these matters on November 4, 2008, each of the above-named defendants shall have **until November 13, 2008**, in which to file a response to the motion and brief.

**IT IS SO ORDERED.**

DATED this 5th day of November, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge

2