IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR268 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN OROZCO-OSBALDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the request for transcript by a non-party (Filing No. 65). The Court notes the requesting party will be responsible for all charges connected with the preparation of the transcript. No objections have been filed and the Court finds said request should be granted. Accordingly,

IT IS ORDERED that the request for transcript by a non-party is granted.

DATED this 19th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court