IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR268 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN OROZCO-OSBALDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's application to proceed without prepayment and affidavit (Filing No. 77). The Court finds the application should be granted. Accordingly,

IT IS ORDERED that defendant's application to proceed on appeal without prepayment of fees or costs is granted.

DATED this 24th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court