IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR268 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN OROZCO-OSBALDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to amend final order of forfeiture (Filing No. 100). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The Court's final order of forfeiture (Filing No. 94) is amended to reflect the United States Marshals Service as the agency responsible for disposing of the currency. All other provisions of the final order of forfeiture remain in full force and effect.

DATED this 25th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court