IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )        8:08CR268
                                 )
         v.                      )
                                 )
JUAN OROZCO-OSBALDO,             )        ORDER
                                 )
              Defendant.         )
_____ )
```

This matter is before the Court on defendant's motion
for copies (Filing No. 108), and  application to proceed *in forma
pauperis* (Filing No. 109).  Title 28, U.S.C. § 1915, provides for
proceedings *in forma pauperis* in relation to the commencement,
prosecution, or defense of any suit, either civil or criminal, or
an appeal therein.  There is no provision in the code for
granting leave to proceed *in forma pauperis* in order to enable
defendant to obtain copies of documents that are on file.

In addition, the Court has reviewed the information
submitted (Filing No. 111) and believes that the cost of
approximately $17.00 for the documents sought could be covered by
defendant.  In any event, those types of costs are not ones that
may be covered by an application for leave to proceed *in forma
pauperis* pursuant to 28 U.S.C. § 1915.  For these reasons, the
motion for copies and the application will be denied.
Accordingly,

IT IS ORDERED that defendant's motion for copies and his application to proceed *in forma pauperis* are denied.

DATED this 15th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court